UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  Lucas Sirois, et al

DOCKET NO:  1:21-cr-00175-LEW

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 100-001 | | | Lakemont LLC Operating Agreement | | | | |
| 100-002 | | | Sandy River Properties LLC Revised and Restated LLC Agreement | | | | |
| 100-003 | | | Narrow Gauge Distributors, Inc Agreement | | | | |
| 100-004 | | | Spruce Valley LLC Agreement | | | | |
| 100-005 | | | Sandy River Properties Checks to Lucas Sirois | | | | |
| 100-006 | | | Sandy River Properties Checks to Randal Cousineau | | | | |
| 100-007 | | | Narrow Gauge Distributors Checks to Lucas Sirois | | | | |
| 100-008 | | | Narrow Gauge Distributors Checks to Bradley Scovil | | | | |
| 100-009 | | | Narrow Gauge Distributors Checks to Derrick Doucette | | | | |
| 100-010 | | | Ms. B's Enterprises LLC payments to Lucas Sirois, per William Brey | | | | |
| | | | | | | | |
| 100-011 | | | Narrow Gauge Distributors Operating Chart | | | | |
| | | | | | | | |
| 100-012 | | | Licensing Info from Office of Marijuana Policy | | | | |
| | | | | | | | |
| 100-013 | | | Profit and Loss Statement for Lakemont LLC for 2019 and 2018 from McAllister Accounting | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 100-020 | | | Facebook Messages -Lucas Sirois, Brad Scovil, Derrick Doucette | | | | |
| 100-021 | | | Facebook Messages – Lucas Sirois, David Burgess, Brad Scovil, Derrick Doucette | | | | |
| 100-021-1 | | | Photo of text message sent by Lucas Sirois on Dec 3, 2019 as reflected on page 13 of exhibit 100-021 as image number 2696908750544791 | | | | |
| 100-022 | | | Facebook text messages between Lucas Sirois and Tanya Crogan with attachments | | | | |
| 100-023 | | | Facebook Messages between David Burgess and Luke Sirois | | | | |
| 100-024 | | | Additional Text Messages from Lucas Sirois Iphone | | | | |
| 100-026 | | | Text messages between David Burgess and Brandon Dagnese – with attachments | | | | |
| 100-027 | | | Cellebrite Report from Tanya Crogan's phone – messages between Tanya Crogan and Lucas Sirois with attachments | | | | |
| 100-028 | | | Text messages between Tanya Crogan and David Burgess with attachments | | | | |
| | | | | | | | |
| 100-030 | | | Audio recording of recorded telephone call between cooperator and Ryan Nezol on January 14, 2020 | | | | |
| 100-030-A | | | Transcript excerpt from a recorded phone call between the cooperator and Mr. Ryan Nezol on January 14, 2020 regarding the controlled buy from Ryan Nezol | | | | |
| | | | | | | | |
| 100-032 | | | Text message search warrant for Lucas Sirois for the dates of March 26, 2020, through April 6, 2020 | | | | |
| | | | | | | | |

2

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 100-033 | | | Text message that was intercepted in March of 2020 from Lucas Sirois depicting a conversation about getting a marijuana grow functioning at his residence. | | | | |
| | | | | | | | |
| 100-040 | | | TT1, Session 700 (formerly referred to as 49) – Audio of intercepted call on March 14, 2020 | | | | |
| 100-040-A | | | TT1, Session 700 (formerly referred to as 49) – Transcript of intercepted call on March 14, 2020 (Bates 00704808 – 00704844) | | | | |
| 100-041 | | | TTI, Session 1057 – Audio of intercepted call on March 16, 2020 | | | | |
| 100-041-A | | | TTI, Session 1057 – Transcript of intercepted call on March 16, 2020 | | | | |
| 100-042 | | | TT1, Session 1255 – Audio of recorded phone call between Ryan Nezol and UM | | | | |
| 100-042-A | | | TT1, Session 1255 – Transcript of recorded phone call between Ryan Nezol and UM | | | | |
| 100-043 | | | TT1, Session 1463 – Audio of intercepted phone call on March 19, 2020 | | | | |
| 100-043-A | | | TT1, Session 1463 – Transcript of intercepted phone call on March 19, 2020 | | | | |
| 100-044 | | | TT2, Session 1 – Audio of Intercepted call on June 26, 2020 | | | | |
| 100-044-A | | | TT2, Session 1 – Transcript of Intercepted call on June 26, 2020 | | | | |
| 100-045 | | | TT2, Session 316 – Audio of intercepted call on June 30, 2020 | | | | |
| 100-045-A | | | TT2, Session 316 – Transcript of intercepted call on June 30, 2020 | | | | |
| 100-046 | | | TT2, Session 395 – Audio of intercepted call between Lucas Sirois and William Brey on July 1, 2020 | | | | |
| 100-046-A | | | TT2, Session 395 – Transcript of intercepted call between Lucas Sirois and William Brey on July 1, 2020 | | | | |
| 100-047 | | | TT2, Session 554 – Audio of intercepted call on July 2, 2020 | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 100-047-A | | | TT2, Session 554 – Transcript of intercepted call on July 2, 2020 | | | | |
| 100-048 | | | TT2, Session 807 – Audio of intercepted call on July 3, 2020 at 13:50 | | | | |
| 100-048-A | | | TT2, Session 807 – Transcript of intercepted call on July 3, 2020 at 13:50 | | | | |
| 100-049 | | | TT2, Session 816- Audio of intercepted call on July 3, 2020 at 14:26 | | | | |
| 100-049-A | | | TT2, Session 816- Transcript of intercepted call on July 3, 2020 at 14:26 | | | | |
| 100-050 | | | TT2, Session 1253 – Audio of intercepted call on July 8, 2020 | | | | |
| 100-050-A | | | TT2, Session 1253 – Transcript of intercepted call on July 8, 2020 | | | | |
| 100-051 | | | TT2, Session 1819 – Audio of intercepted call on July 13, 2020 | | | | |
| 100-051-A | | | TT2, Session 1819 - Transcript of intercepted call on July 13, 2020 | | | | |
| 100-052 | | | TT2, Session 1847 – Audio of intercepted call on July 13, 2020 between Lucas Sirois and Brad Scovil | | | | |
| 100-052-A | | | TT2, Session 1847 - Transcript of intercepted call on July 13, 2020 between Lucas Sirois and Brad Scovil | | | | |
| 100-053 | | | TT2, Session 1951 - Audio of TT2 – Session 1951 – July 13 2020 Tel call between Lucas Sirois and Randal Cousineau | | | | |
| 100-054 | | | TT2, Session 2493 – Audio of intercepted call on July 16, 2020 | | | | |
| 100-054-A | | | TT2, Session 2493 – Transcript of intercepted call on July 16, 2020 | | | | |
| | | | | | | | |
| 100-059 | | | Search Warrant Summary – Drug Seizures for Selected Locations | | | | |
| | | | | | | | |
| 100-060 | | | DEA report of Search Warrant Execution at 374 High Street, Farmington, ME | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 100-061 | | | DEA Lab Report re Exhibit 88a-22: marijuana seized from 374 High Street, Farmington, ME | | | | |
| 100-062 | | | DEA report of Search Warrant Execution at 105 Avon Valley Rd, Avon, ME | | | | |
| 100-063 | | | DEA Lab Report re Exhibit 147a: marijuana seized from 105 Avon Valley Rd, Avon, ME | | | | |
| 100-064 | | | DEA report of Search Warrant Execution at 115 Knowlton Corner Rd, Farmington, ME | | | | |
| 100-065 | | | DEA Lab Report re Exhibit 54: marijuana seized from 115 Knowlton Corner Rd, Farmington, ME | | | | |
| 100-066 | | | DEA report of Search Warrant Execution at 42 Villagewood Dr, Rangeley, ME | | | | |
| 100-067 | | | DEA Lab Report re Exhibit 52: marijuana seized from 42 Villagewood Dr, Rangeley, ME | | | | |
| 100-068 | | | DEA report of Search Warrant Execution at 497 Federal Row, Industry, ME | | | | |
| 100-069 | | | DEA Lab Report re Exhibit 121: marijuana seized from 497 Federal Row, Industry, ME | | | | |
| 100-070 | | | DEA report of Search Warrant Execution at 269 Seamon Road, Farmington, ME | | | | |
| 100-071 | | | DEA Lab Report re Exhibit 45: marijuana seized from 269 Seamon Road, Farmington, ME | | | | |
| 100-072 | | | DEA report of Search Warrant Execution at 249 Seamon Road, Farmington, ME | | | | |
| 100-073 | | | DEA Lab Report re Exhibit 109a-c: marijuana seized from 249 Seamon Road, Farmington, ME | | | | |
| 100-074 | | | DEA report of Search Warrant Execution at 407 Wilton Road, Farmington, ME | | | | |
| 100-075 | | | DEA Lab Report re Exhibit 85: marijuana seized from 407 Wilton Road, Farmington, ME | | | | |
| 100-076 | | | DEA report of Search Warrant Execution at 247 Front Street, Farmington, ME | | | | |
| 100-077 | | | DEA Lab Report re Exhibit 111a-z: marijuana seized from 247 Front Street, Farmington, ME | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 100-080 | | | Audio of DEA interview of Jimmy Fraser on September 17, 2020 | | | | |
| 100-081 | | | Report of Interview of Jimmy Fraser on September 17, 2020 | | | | |
| 100-082 | | | Photo taken at 407 Wilton Rd on May 6, 2020 | | | | |
| 100-083 | | | Photo taken at 407 Wilton Rd on May 6, 2020 | | | | |
| 100-084 | | | Photo taken at 407 Wilton Rd on May 6, 2020 | | | | |
| | | | | | | | |
| 100-200 | | | Lakemont Services Agreement for Juneva Stratton | | | | |
| 100-201 | | | Lakemont Services Agreement for Robert Stratton | | | | |
| 100-202 | | | Lakemont Services Agreement for Heather Chaney | | | | |
| 100-203 | | | Lakemont Services Agreement for Hillary Chaney | | | | |
| 100-204 | | | Lakemont Services Agreement for Derrick Doucette | | | | |
| 100-205 | | | Lakemont Services Agreement for Raymond Linck | | | | |
| 100-206 | | | Lakemont Services Agreement for Adam Pottle | | | | |
| 100-207 | | | Lakemont Services Agreement for Bradley Scovil | | | | |
| 100-208 | | | Lakemont Services Agreement for Jana Sirois | | | | |
| 100-209 | | | Caregiver Agreement for Heather Chaney | | | | |
| 100-210 | | | Caregiver Agreement for Heather Hellgren | | | | |
| 100-211 | | | Caregiver Agreement for Raymond Linck | | | | |
| 100-212 | | | Caregiver Agreement for Jennifer Roux | | | | |
| 100-213 | | | Caregiver Agreement for Alisa Sirois | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 100-214 | | | Caregiver Agreement for Jana Sirois | | | | |
| | | | | | | | |
| 100-220 | | | Criminal History for Brandon Dagnese | | | | |
| 100-221 | | | Criminal History for Robert Sirois | | | | |
| 100-222 | | | Criminal History for Jacob Hemingway | | | | |
| 100-223 | | | Criminal History for Matthew Hemingway | | | | |
| 100-224 | | | Criminal History for Joseph Dunn | | | | |
| | | | | | | | |
| 100-230 | | | Narrow Gauge Distributors Receipt for Invoice # 1008 dated 11/6/2019 to New Horizons and shipment notes | | | | |
| 100-231 | | | Narrow Gauge Order form and Trip Ticket for 7/3/2020 to New Horizons | | | | |
| 100-232 | | | Summary of Narrow Gauge Distributors Sales to New Horizons | | | | |
| | | | | | | | |
| 100-240 | | | Forbid 4F Bottle label as of 11/26/2019 (Source https://labelsds.com/view-product?product=148) | | | | |
| 100-241 | | | Eagle 20EW Bottle label (Source https://www.corteva.us/products-and-solutions/turf-and-ornamental/eagle-20ew.html) | | | | |
| | | | | | | | |
| 200-001 | | | OMP – Inspection in 2019 | | | | |
| 200-002 | | | Plan of Correction – Sirois | | | | |
| 200-003 | | | Program Rule – Grounds for revocation of registry identification card. | | | | |
| 200-004 | | | Maine Medical Marijuana Act § 2422 -Definitions | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 200-005 | | | Maine Medical Marijuana Act § 2430-D - Collectives prohibited. | | | | |
| | | | | | | | |
| 300-001 | | | Brandon Dagnese Plea Agreement | | | | |
| 300-002 | | | Brandon Dagnese Cooperation Agreement | | | | |
| 300-003 | | | Photograph of Eric Hall | | | | |
| | | | | | | | |
| 400-001 | | | Tanya Crogan Immunity Letter | | | | |
| 400-002 | | | Emergency Witness Assistance Program Payments memo | | | | |
| 400-006 | | | Room Strain List | | | | |
| 400-007 | | | Audio recording made by Tanya Crogan on 2/5/2020 | | | | |
| 400-007-A | | | Transcript of Audio recording made by Tanya Crogan on 2/5/2020 | | | | |
| 400-008 | | | Picture from Tanya Crogan Phone | | | | |
| 400-009 | | | Picture from Tanya Crogan Phone | | | | |
| 400-010 | | | Picture from Tanya Crogan Phone | | | | |
| 400-011 | | | Picture from Tanya Crogan Phone | | | | |
| 400-012 | | | Picture from Tanya Crogan Phone | | | | |
| 400-013 | | | Picture from Tanya Crogan Phone | | | | |
| 400-014 | | | Picture from Tanya Crogan Phone | | | | |
| 400-015 | | | Picture from Tanya Crogan Phone | | | | |
| 400-016 | | | Picture from Tanya Crogan Phone | | | | |
| 400-017 | | | Picture from Tanya Crogan Phone | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 400-018 | | | Picture from Tanya Crogan Phone | | | | |
| | | | | | | | |
| 500-001 | | | Email to Ken Allen from Debra Norton on March 12, 2019 | | | | |
| 500-002 | | | Email from Ken Allen to Lucas Sirois and David Burgess on May 19, 2019 | | | | |
| 500-003 | | | 2017 Form 1040 for Lucas Sirois and Alisa Merwin | | | | |
| 500-004 | | | 2017 Amended 1040X for Lucas Sirois and Alisa Merwin | | | | |
| 500-005 | | | Email from Ken Allen to David Burgess on April 20, 2019 | | | | |
| 500-006 | | | Homegrown Connections LLC 2018 Profit & Loss Statement | | | | |
| 500-007 | | | 2018 Form 1040 for Lucas Sirois and Alisa Merwin | | | | |
| 500-008 | | | Narrow Gauge Real Estate LLC 2018 Profit & Loss Statement | | | | |
| 500-009 | | | Appendix A – Summary of Additional Tax Due and Owing | | | | |
| 500-010 | | | Email from Ken Allen to Luke Sirois and David Burgess on October 18, 2019 | | | | |
| | | | | | | | |
| 600-001 | | | Spreadsheet of Cash Payments to Caregivers and Trimmers and Other transactions from Cash Fund for Shoe Shop | | | | |
| 600-002 | | | Summary of Flow of Funds for the Shoe Shop Cash Fund | | | | |
| 600-003 | | | Spreadsheet of Income and Expenses for Cash Fund for Narrow Gauge Botanicals | | | | |
| 600-004 | | | Summary of Flow of Funds for Narrow Gauge Botanicals Cash Fund | | | | |
| 600-006 | | | David Burgess Plea Agreement | | | | |
| 600-007 | | | David Burgess Cooperation Agreement | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 700-001 | | | Text message exchange between Seth Neal and Lucas Sirois on December 14, 2022 | | | | |
| | | | | | | | |
| 800-001 | | | Licensing Information – Juneva Stratton | | | | |