UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RYAN NEZOL

No. 1:21-CR-175-LEW

**PROSECUTION VERSION**

If this matter were to proceed to trial, the government would prove the following facts beyond a reasonable doubt:

In at least March 2019, within the District of Maine, defendant, RYAN NEZOL, worked for the owner/operator of multiple industrial marijuana cultivation facilities in Farmington, Maine ("Coconspirator-1" or "CC-1"), at CC-1's flagship marijuana cultivation facility located at 374 High Street in Farmington (the "Shoe Shop"). During this time, NEZOL worked in a variety of capacities at the Shoe Shop, and was paid a weekly cash salary by CC-1. NEZOL worked in the "lab" at the facility, developing various marijuana cloning methods, as well as methods of extracting marijuana distillate, which could then be manufactured into various finished marijuana products and sold by CC-1 and others on his behalf.

During the pendency of NEZOL's association with the Shoe Shop, CC-1's operations were out of compliance with both Maine and federal law. NEZOL observed numerous regulatory violations at the Shoe Shop, including, for example, CC-1's father, ("Coconspirator-2" or "CC-2"), a convicted felon who was not properly registered as a Maine Caregiver, handling marijuana and supervising the "cure" room at the Shoe Shop (where cultivated marijuana was prepared for sale). NEZOL himself worked at the

facility handling marijuana during a period of time when his Caregiver credentials had lapsed, though he later renewed them.

Also while NEZOL was associated with the Shoe Shop, CC-1 sold substantial quantities of bulk marijuana out the facility for distribution on the black market outside of Maine through CC-1's black market courier, "Coconspirator-3" or "CC-3." CC-3, who was a convicted felon and not a participant in Maine's medical marijuana program, sold CC-1's bulk marijuana to drug dealers in Massachusetts and other points south.

Meanwhile NEZOL cultivated and sold marijuana independently on the black market, including to individuals based in New York who would travel to Farmington to conduct drug transactions with NEZOL. At least one such individual repeatedly purchased marijuana from NEZOL by trading him cocaine. In total, NEZOL obtained in excess of a kilogram of cocaine through this relationship.

Dated: June 22, 2023

DARCIE N. MCELWEE
United States Attorney

By: /s/ Noah Falk
Noah Falk
Assistant U.S. Attorney
(207) 780-3257