**Superseding Indictment Synopsis**

| | |
|---|---|
| **Name:** | Lucas Sirois |
| **Address:** (City & State Only) | Rangeley, Maine |
| **Year of Birth and Age:** | 1980/45 years old |
| **Violations:** | Count 1: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846)<br><br>Count 2: Possession with Intent to Distribute Controlled Substances (21 U.S.C. § 841(a)(1))<br><br>Count 3: Bank Fraud (18 U.S.C. § 1344))<br><br>Count 4: Conspiracy to Defraud the United States and Impede and Impair I.R.S. (18 U.S.C. § 371)<br><br>Count 5: Tax Evasion (26 U.S.C. § 7201) |
| **Penalties:** | Counts 1 and 2: Imprisonment of not less than 10 years and not more than life, a fine not to exceed $10,000,000, or both (21 U.S.C. § 841(b)(1)(A)).<br><br>Counts 1 and 2 are Class A felonies pursuant to 18 U.S.C. § 3559(a)(1).<br><br>Count 3: Imprisonment of not more than 30 years, a fine of not more than $1,000,000, or both. (18 U.S.C. § 1344)<br><br>Count 3 is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2).<br><br>Count 4: Imprisonment of not more than 5 years (18 U.S.C. § 371), a fine of $250,000 (18 U.S.C. §§ 3571(b)(2) and (d)),or both.<br><br>Count 4 is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4).<br><br>Count 5: Imprisonment of not more than 5 years, a fine or not more than $100,000, or both (26 U.S.C. § 7201). |

| | |
|---|---|
| | Count 5 is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Counts 1 and 2: Not less than 5 years and not more than life. 21 U.S.C. § 841(b)(1)(A).<br><br>Count 3: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Counts 4 and 5: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 2: Not more than 5 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 3: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Counts 4 and 5: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 3: 5 years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Counts 4 and 5: 3 years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Jason Ehrenberg, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA, SA Robert Brooks<br>IRS, SA Joseph Durak |
| **Detention Status:** | On bond |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| | |
|---|---|
| **County:** | Franklin |
| **AUSAs:** | Noah Falk and Andrew MacCormack |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |