UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>LUCAS SIROIS<br>ROBERT SIROIS<br>LAKEMONT LLC<br>SANDY RIVER PROPERTIES<br>SPRUCE VALLEY LLC | No. 1:21-cr-175-LEW |

**GOVERNMENT'S WITNESS LIST[1]**

1. Kenneth Allen
2. Mary Archer-Brey
3. Betty Bleivik, DEA Chemist
4. William Brey
5. Robert Brooks, DEA Special Agent
6. David Burgess
7. Heather Chaney
8. Christine Chiesa, DEA Chemist
9. Randal Cousineau
10. Tanya Crogan
11. Joseph Cusick, DEA Chemist
12. Brandon Dagnese
13. Mark Desjardin, Maine Office of Cannabis Policy

---

[1] Out of an abundance of caution, this list includes individuals that the government plans on calling at trial, names that may be heard during the course of the trial, and members of the prosecution team who may be in the courtroom.

14. Adriana DiLalla, DEA Chemist

15. Derrick Doucette

16. Joseph Durak, IRS

17. Joel Finley

18. Adalberto Garcia, DEA Special Agent

19. Rodney Giguere, IRS Special Agent (Retired)

20. Amber Grey

21. Justin Huntly, Maine State Police

22. Thomas Lapierre, DEA/Biddeford Police Department

23. David Ledoux, IRS

24. Kevin Lemay

25. John Lewis, DEA Special Agent

26. Vernon Malloch, Maine Office of Cannabis Policy

27. James McLamb

28. Seth Neal

29. Ryan Nezol

30. Nathan Noal, US Attorney's Office

31. Debra Norton

32. Colleen Ranahan, IRS

33. Jonathan Richards, DEA/MDEA/Piscataquis County Sheriff's Office

34. Bradley Scovil

35. Carolyn Sharrah, IRS

36. Alisa Sirois

37. Jennifer Skuches, DEA Chemist

38. Kelly Song, DEA Chemist

39. Jennifer Soper, Franklin-Somerset Federal Credit Union

40. Nellika Stirling, DEA Analyst

41. Juneva Stratton

42. Robert Stratton

43. Justan Strout

44. Katherine Whalen, US Attorney's office

Dated: November 3, 2025                    Respectfully submitted,

                                              ANDREW B. BENSON
                                              United States Attorney

By:    */s/Noah Falk*
       Noah Falk
       Andrew McCormack
       Assistant U.S. Attorneys
       United States Attorney's Office
       100 Middle Street
       Portland, ME 04101

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2025, I electronically filed the Government's Witness List with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          ANDREW B. BENSON
                                          United States Attorney

                By:      */s/ Kate Whalen*
                           Paralegal Specialist

On Behalf Of:   Noah Falk
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        100 Middle Street
                        Portland, ME  04101
                        (207) 780-3257
                        Noah.Falk@usdoj.gov