Jason H. Ehrenberg, Esq.
(Admitted *pro hac vice*)
Holon Law Group LLP
442 5th Ave. Suite 2697
New York, NY 10018
(T) 332-253-4992
(E) jehrenberg@holonlaw.com
*Attorneys for Defendant Lucas Sirois*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> LUCAS SIROIS, <br><br> Defendant | Case No.: 21-cr-175-LEW |

## DEFENDANT LUCAS SIROIS' WITNESS LIST

Defendant Lucas Sirois ("Defendant"), by and through his undersigned counsel, respectfully submits his witness list for his case in chief:

1. Dr. Mark A. Scialdone – Defendant's Designated Expert Witness.
2. Amber Wilkins.
3. Gail Sylvain
4. Carrie Jenness
5. Jennifer Soper
6. Marti Davis
7. Lori Smith-Cushman

Dr. Scialdone may be contacted through counsel for Defendant. The government is already in possession of contact information for witnesses # 2 through # 7.

Defendant reserves the right to call any witnesses appearing on the Government's witness list. Defendant also reserves the right to call rebuttal witnesses if necessary and appropriate.

Dated: November 3, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HOLON LAW PARTNERS LLP**

　　　　　　　　　　　　　　　　　　　　*//s// Jason H. Ehrenberg*
　　　　　　　　　　　　　　　　　　　　Jason H. Ehrenberg, Esq.
　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Eric Postow
　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　442 5th Ave. Suite 2697
　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　(T) 332-253-4992
　　　　　　　　　　　　　　　　　　　　(E) jehrenberg@holonlaw.com
　　　　　　　　　　　　　　　　　　　　www.holonlaw.com

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　*//s// Mark Dion*
　　　　　　　　　　　　　　　　　　　　Mark Dion, Esq.
　　　　　　　　　　　　　　　　　　　　Fredette Dion LLC
　　　　　　　　　　　　　　　　　　　　254 Commercial Street
　　　　　　　　　　　　　　　　　　　　Portland, Maine  04101
　　　　　　　　　　　　　　　　　　　　Tel: (207)318-1004
　　　　　　　　　　　　　　　　　　　　dionmark@me.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant Lucas Sirois***

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to counsel for all individuals and entities who have entered appearances in this case pursuant to the Court's ECF system:

*//s// Jason H. Ehrenberg*
Jason H. Ehrenberg