UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:21-cr-00175-LEW |
| | ) |
| LUCAS SIROIS, ROBERT SIROIS, | ) |
| LAKEMONT, LLC, SANDY RIVER | ) |
| PROPERTIES, LLC, SPRUCE | ) |
| VALLEY, LLC, | ) |
| | ) |
| Defendants | ) |

## WRITTEN JURY VOIR DIRE

Questions about various experiences you may have that might be relevant to the issues raised in this case, rather than in the courtroom, to protect your privacy and to allow for a more efficient jury selection process. The information will only be viewed by the judge and attorneys involved in the case, and it will only be used for the purpose of jury selection.

**JUROR'S NAME AND JUROR NUMBER (Please print):**

_____

1. Have you ever been a member of or contributed financially to an organization that advocates or has advocated for or against changes in the marijuana laws?

    YES _____    NO _____

2. Have you or a close family member ever been involved in any capacity in the medical marijuana business or in the legal sale or distribution of marijuana?

    YES _____    NO _____

3. As a juror, you will be required to follow and apply the law as instructed by the Court even if you might disagree with the law. If selected as a juror, would you follow the law as instructed?

    YES _____    NO _____

4. Do you have any strong personal beliefs regarding marijuana that would prevent you from serving as an impartial juror in this case which involves allegations of unlawful distribution of marijuana?

    YES _____          NO _____

5. Have you or any of your immediate family members ever had a substance use disorder or addiction?

    YES _____          NO _____

I affirm, under penalty of perjury, that I have given complete and honest answers to all the above questions.

Date: _____   _____

                            Juror Signature                Juror Number