UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00175-LEW |
| | ) | |
| LUCAS SIROIS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION TO REVOKE BAIL AND FOR DETENTION**

The Government filed a Motion to Revoke Bail and for Detention as to Defendant Lucas Sirios (Defendant). (ECF No. 647.) On November 6 and 7, 2025, in accordance with the Bail Reform Act, 18 U.S.C. § 3148(b)(1)-(2), the Court conducted a hearing on the motion.

After hearing, for the reasons stated on the record, after consideration of the factors set forth in 28 U.S.C. § 3142(g), the Court finds probable cause to believe that Defendant violated a federal law while on conditions of release. The Court also finds by clear and convincing evidence that Defendant violated another term (condition 7(m)) of the order setting conditions of release.

Title 18 U.S.C. § 3148(b)(2) provides that upon finding a violation, the Court shall enter an order of revocation if the Court finds "(A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure the person will not flee or pose a danger to the safety of any other person or the community; or (B) the person is unlikely to abide by any condition or combination of

conditions of release." Based on the evidence presented during the hearing, for the reasons stated on the record, which reasons include the nature and seriousness of the danger presented, the Court finds that there are no conditions or combination of conditions that would reasonably assure the safety of the community.

Based on the findings set forth herein, the Court grants the Government's motion to revoke. Defendant shall be detained pending the trial in this matter. Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 7th day of November, 2025.