# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2025 NOV 18 P 3 33 |
| | ) | |
| v. | ) | 1:21-cr-00175-LEW |
| | ) | |
| LUCAS SIROIS, | ) | |
| ROBERT SIROIS, | ) | |
| LAKEMONT, LLC, | ) | |
| SANDY RIVER PROPERTIES, LLC, | ) | |
| SPRUCE VALLEY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

### COUNT ONE – Conspiracy to Distribute Controlled Substances

1. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) *GUILTY* _____
(Not Guilty)                                (Guilty Beyond a Reasonable Doubt)


2. We, the Jury, find the Defendant, Robert Sirois,

_____ (or) *GUILTY* _____
(Not Guilty)                                (Guilty Beyond a Reasonable Doubt)


*If you answered "Not Guilty" to Question 1, proceed to Question 5. If you answered "Guilty" to Question 1, answer Questions 3 and 4.*

3. If you found the Defendant, Lucas Sirois, guilty as to Count One, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to the conspiracy as a whole:

✓ Yes

\_\_\_ No

1

4.  If you found the Defendant, Lucas Sirois, guilty as to Count One, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to Lucas Sirois:

_✓_ Yes

___ No

### COUNT TWO – Possession with Intent to Distribute Controlled Substances

5.  We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) ____GUILTY_____
(Not Guilty)                                    (Guilty Beyond a Reasonable Doubt)

6.  We, the Jury, find the Defendant, Robert Sirois,

__NIT GUILTY_____ (or) _____
(Not Guilty)                                    (Guilty Beyond a Reasonable Doubt)

*If you answered "Not Guilty" to Question 5, proceed to Question 8.  If you answered "Guilty" to Question 5, answer Question 7.*

7.  If you found the Defendant, Lucas Sirois, guilty as to Count Two, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to Lucas Sirois:

_✓_ Yes

___ No

### COUNT THREE – Bank Fraud

8.  We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) ____GUILTY_____
(Not Guilty)                                    (Guilty Beyond a Reasonable Doubt)

2

**COUNT FOUR – Conspiracy to Defraud the United States and Impede and Impair I.R.S.**

9.  We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) _____ *GUILTY* _____

(Not Guilty)                         (Guilty Beyond a Reasonable Doubt)


**COUNT FIVE – Tax Evasion**

10.  We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) _____ *GUILTY* _____

(Not Guilty)                         (Guilty Beyond a Reasonable Doubt)


**COUNT SIX – Maintaining Drug-Involved Premises**

11.  We, the Jury, find the Defendant, Lakemont, LLC,

_____ (or) _____ *GUILTY* _____

(Not Guilty)                         (Guilty Beyond a Reasonable Doubt)


**COUNT SEVEN – Maintaining Drug-Involved Premises**

12.  We, the Jury, find the Defendant, Sandy River Properties, LLC,

_____ (or) _____ *GUILTY* _____

(Not Guilty)                         (Guilty Beyond a Reasonable Doubt)


**COUNT EIGHT – Maintaining Drug-Involved Premises**

13.  We, the Jury, find the Defendant, Spruce Valley, LLC,

_____ (or) _____ *GUILTY* _____

(Not Guilty)                         (Guilty Beyond a Reasonable Doubt)

*Please sign and date the form.*

Dated: 11/18/25

Signature Redacted – Original on file with the Clerk's Office

Jury Foreperson