Jason H. Ehrenberg, Esq.
(Admitted *pro hac vice*)
Holon Law Group LLP
442 5th Ave. Suite 2697
New York, NY 10018
(T) 332-253-4992
(E) jehrenberg@holonlaw.com
***Attorneys for Defendant Lucas Sirois***

### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Case No.: 21-cr-175-LEW |
| LUCAS SIROIS, | |
| Defendant | |

### ***CONSENT*** MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

Defendant Lucas Sirois ("Defendant"), by and through his undersigned counsel, respectfully moves for an extension of time to file his anticipated Fed. R. Crim. P. Rule 29(c) and 33 motions:

1. A jury verdict of guilty on all counts was returned in this case on November 18, 2025;

2. Defendant intends to file a motions pursuant to Fed. R. Crim. P. Rule 29(c) and 33 motions.

3. The current deadline for those motions is Tuesday, December 2, 2025;

4. Defendant respectfully seeks an extension of the current motions deadline of seven (7) days, until Tuesday, December 9, 2025.

5. Defendant seeks this extension because his counsel has ordered a copy of the trial transcript but will not have and be able to review that transcript for reference and citation in the motions until after the Thanksgiving holiday. The additional seven (7) days would allow counsel to most effectively represent Defendant and would not prejudice the government.

6. Defendant sought the government's consent to the relief requested in this Motion. The government has consented to the relief requested in this Motion.

For these reasons, Defendant respectfully requests an extension of the current motions deadline of seven (7) days, until December 9, 2025.

Dated: November 25, 2025   Respectfully submitted,

HOLON LAW PARTNERS LLP

*//s// Jason H. Ehrenberg*
Jason H. Ehrenberg, Esq.
(Admitted *pro hac vice*)
Eric Postow
(Admitted *pro hac vice*)
442 5th Ave. Suite 2697
New York, NY 10018
(T) 332-253-4992
(E) jehrenberg@holonlaw.com

and

*//s// Mark Dion*
Mark Dion, Esq.
Fredette Dion LLC
254 Commercial Street
Portland, Maine  04101
Tel: (207)318-1004
dionmark@me.com

**Attorneys for Defendant Lucas Sirois**

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to counsel for all individuals and entities who have entered appearances in this case pursuant to the Court's ECF system:

*//s// Jason H. Ehrenberg*
Jason H. Ehrenberg