UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-175-LEW |
| | ) | |
| LUCAS SIROIS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

The Motion to Withdraw (ECF No. 740) is DENIED without prejudice. Counsel represent that their clients have "apparently" fired them and have "apparently" also hired new counsel. Until such time as the epistemological clouds part and the Court is able to discern with greater clarity the current attorney-client relationship status, it will not do in the context of a federal felony case to file a motion equivalent of "it's complicated."

At present, Messrs. Parlatore, Postow and Ehrenberg are all counsel of record for Lucas Sirois and his businesses. Attorneys Postow and Ehrenberg may file a motion for leave to withdraw as counsel within 7 days and in keeping with the local rule if they can express an appropriate basis to do so such as, for example, that the attorney-client relationship has irretrievably broken down. If counsel are unable to resolve this issue by the standard means and in keeping with the rules, I will convene an in-person hearing for counsel and Lucas Sirois to be heard on the narrow issue of selection of counsel.

Given the spate of recent filings, the Court has become aware of the professional disharmony that has energized the late change of cast. Whatever the controversies past and

present which may keep Attorneys Parlatore, Postow and Ehrenberg fated to spend eternity together in other forums, those spats are of no moment to this Court.  Whoever counsel for Lucas Sirois may be going forward, they should bear that in mind so as to not distract from the task at hand.

**SO ORDERED.**

Dated this 13th day of February, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge

2