This statement is provided in response to the request to clarify my prior communications with law enforcement regarding my call to the Carrabassett Valley Police Department on October 31, 2025.

My purpose in contacting local police that day was to request immediate protection for myself following the recent end of my relationship with Luke Sirois and his unannounced visits to my home and business. At no time did I report or intend to report that Luke was threatening government officials, using firearms to threaten anyone, or posing a danger to the broader community.

Any references to firearms during my communications were made only in the context of explaining why I was seeking personal safety assistance and were not intended to allege unlawful possession or violent intent.

unannounced visits to my home and business. At no time did I report or intend to report that Luke was threatening government officials, using firearms to threaten anyone, or posing a danger to the broader community.

Any references to firearms during my communications were made only in the context of explaining why I was seeking personal safety assistance and were not intended to allege unlawful possession or violent intent.

I provide this clarification solely to ensure that my intent and the limited purpose of my call are accurately understood.

Respectfully,
Mercedes Lamphere

Monday, Feb 2 • 3:04 PM

Received. I will print out what you texted and put it in the case file.